**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6455**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CHARLES EDWARD GARNER, a/k/a Chew,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:02-cr-00133-LMB-1)

Submitted:  July 23, 2009        Decided:  July 29, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Edward Garner, Appellant Pro Se.  Eugene Joseph Rossi, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward Garner appeals the district court's orders granting, in part, his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006), but denying his motion for reconsideration in which he sought a further reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Garner, No. 1:02-cr-00133-LMB-1 (E.D. Va. Aug. 27, 2008; Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2